AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*April 14, 2026*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| FONG TA LIN, | ) | |
| a.k.a. "KENNY," | ) | **4:26-mj-252** |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___Nov. 14, 2023, to Nov. 17, 2023,___ in the county of ___Harris___ in the ___Southern___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count One: 18 U.S.C. §§ 371, 924 (a)(1)(A), and 924(a)(1)(D). | Count One: Conspiracy, in violation of 18 U.S.C. §§ 371, 924(a)(1)(A), and 924(a)(1)(D). |
| Count Two: 924(a)(1)(A), 924(a)(1)(D), and 2. | Count Two: Aiding and abetting false statements to an FFL, in violation of 18 U.S.C. §§ 924(a)(1)(A), 924(a)(1)(D), and 2 |
| | See Attachment A, incorporated herein by reference. |

This criminal complaint is based on these facts:

See attached affidavit of probable cause.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ATF SA Vincent Luu
*Printed name and title*

Sworn to before me and signed by telephone.

Date: ___April 14, 2026___

_____
*Judge's signature*

City and state: ___Houston, Texas___     Hon. Yvonne Y. Ho, U.S. Magistrate Judge
*Printed name and title*

**ATTACHMENT A**                    **4:26-mj-252**

### COUNT ONE
*Conspiracy*

Beginning on an unknown date, but no later than on or about November 14, 2023, and continuing through at least on or about November 17, 2023, said dates being approximate, in the Houston Division of the Southern District of Texas, and elsewhere, the defendant,

**FONG TA LIN (a.k.a. "KENNY"),**

did knowingly combine, conspire, confederate, and agree with others, both known and unknown, in connection with the acquisition of firearms from a licensed dealer of firearms within the meaning of that term in Chapter 44 of Title 18 of the United States Code, to knowingly make false written statements and representations to licensed firearms dealers with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the respective licensed dealers in that the conspirators, represented on ATF Forms 4473 that they were the actual buyers of the firearms, when in fact, as the defendant well knew, they were not the actual buyers of the firearms, in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 924(a)(1)(D), and in furtherance of and to affect the objectives of the conspiracy, and to accomplish its purposes and objectives, the defendant and others, both known and unknown, committed and caused to be committed an overt act during the period of the conspiracy in the Southern District of Texas.

All in violation of Title 18, United States Code, Section 371.

### COUNT TWO
*Aiding And Abetting False Statement to a Federal Firearms Licensee*

On or about November 14, 2023, in the Houston Division of the Southern District of Texas, the defendant,

**FONG TA LIN (a.k.a. "KENNY")**,

aiding and abetting others known and unknown, knowingly made a false statement and representation to a Federal Firearms Licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of a Federal Firearms Licensee, in that the defendant acquired a firearm by executing a United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that an individual was the actual buyer of the firearm, whereas in truth and in fact that individual was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 924(a)(1)(A), 924(a)(1)(D), and 2.

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Vincent Luu, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am an ATF Special Agent and have been since September 2018. Prior to my employment with ATF, I was a police officer with the Philadelphia, Pennsylvania Police Department for five years. I previously was assigned to the ATF Dallas Group VIII, Firearms Trafficking Task Force ("FTTF") from June 2020 to February 2023. I am currently assigned to the ATF Houston Group VIII, in the ATF Houston Field Division and am responsible for investigating federal firearms violations. As an ATF SA, I have personally conducted multiple complex criminal investigations involving the unlawful possession of firearms by prohibited persons, burglaries, armed robberies of Federal Firearms Licensees ("FFL"), individuals dealing in firearms without a license, the illegal smuggling and exportation of firearms from the United States into other countries, and the possession and distribution of narcotics. My operational duties involved conducting and/or assisting in various types of investigative techniques, to wit: electronic surveillance, undercover operations, controlled purchases of firearms from suspects, physical surveillance, and the enforcement and execution of state and federal arrest warrants and search warrants.

2.      As a result of my training and experience, I know that 18 U.S.C. § 922(a)(6) makes it a crime for anyone to make a false or fictitious oral or written statement to a licensed firearms dealer in order to acquire a firearm. A statement is "false or fictitious" if it was untrue when made and was then known to be untrue by the person making it. A false statement is "likely to deceive" if the nature of the statement, considering all of the surrounding circumstances at the time it is

1

made, is such that a reasonable person of ordinary prudence would have been actively deceived or misled.

3.      Based on my training and experience, I am familiar with the fact that a federal firearms licensee ("FFL") is obligated by law to take certain action when selling firearms to the public. For example, FFLs in the business of firearms typically charge sales tax on firearm purchases as required under state law. Also, FFLs may not lawfully sell a firearm to the public without first having the prospective purchaser complete the Firearms Transaction Record (ATF Form 4473)—in which the purchaser answers questions about his or her eligibility to legally purchase or possess firearms under penalty of perjury—and facilitating a background check to verify the purchaser's eligibility. On this same form, Question 21.a. **requires the prospective purchaser to certify—under penalty of law—if he or she is "the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s)," which is a fact material to the lawfulness of the firearm sale.** If a person purchases a firearm for someone else but claims that he or she is "the actual transferee/buyer of the listed firearm(s)," the firearm acquisition is called a straw purchase and this conduct is also commonly called lying-and-buying, which is a violation of 18 U.S.C. § 922(a)(6).

4.      I also know that it is a violation of 18 U.S.C. § 371 to conspire to commit one of these offenses and 18 U.S.C. § 2 to aid and abet to commit the forementioned offenses.

5.      This affidavit is based on my personal knowledge, and on information provided to me by other law enforcement officers who participated in this investigation. Since this affidavit is being submitted for the limited purpose of supporting a criminal complaint, I have not included each and every fact known to me concerning this investigation.

2

## PROBABLE CAUSE

6.      On November 14, 2023, three individuals, Sifu ZHAO, Mingtong TAN, and Xiao Ping LI were accompanied by Yiyang "Andy" WU and **Fong Ta LIN** to visit FFL Night Fox Tactical in Houston, Texas. During this visit, ZHAO, TAN, and LI attempted to complete the firearms transaction record form (ATF Form 4473) to acquire the 55 Sig Sauer P226 MK25 pistols. On this day, LI was the only one who successfully passed the background check and acquired 10 pistols. ZHAO and TAN received a "DELAY" status for their background checks.

7.      On November 16, 2023, ATF Houston Special Agents ("SAs") became aware of ZHAO and TAN were attempting to obtain the remaining 45 pistols at FFL Night Fox Tactical.

8.      On November 17, 2023, TAN, ZHAO, and WU arrived at the FFL together to finalize the ATF Form 4473 and obtained the remaining 45 pistols. According to the relevant ATF Form 4473, 22 firearms were transferred to TAN and 23 were transferred to ZHAO. ATF SAs approached ZHAO, TAN, and WU to conduct an interview. During the interview, ZHAO admitted that he obtained the firearms on behalf and under direction of his "Boss" and the firearms were paid by his "Boss." ZHAO stated that his "Boss" recruited one of his roommates, "**Kenny**," to purchase firearms on behalf of "Boss" first. However, "**Kenny**" was in the U.S. with only Employment Authorization Document (EAD) card, so "**Kenny**" could not obtain firearms. ZHAO's "Boss" then asked ZHAO to obtain firearms for him.

9.      In June 2024, ATF SAs conducted multiple interviews with ZHAO. During these interviews, SAs identified **"Kenny'"** as **Fong Ta LIN**. **LIN** is a citizen of the country of China and was holding a U.S. Work Permit (EAD card).

10.      According to the surveillance security videos that ATF SAs obtained from FFL Night Fox Tactical, on November 14, 2023, while TAN and ZHAO were completing the ATF

3

Form 4473, **LIN** was standing next to TAN and ZHAO. I observed **LIN** using his finger to point at the question portion of the ATF Form 4473 and appeared to help ZHAO with how to answer the form questions. While waiting for the paperwork to be processed, **LIN** asked the salesperson to show him an AK style rifle from the display shelf. From the security videos, SA Luu observed the salesperson handed **LIN** the AK style rifle to hold. SA Luu observed **LIN** took the rifle and manipulated the rifle. Shortly after, **LIN** returned the rifle back to the salesperson.



11.    On April 13, 2026, during a post-*Miranda* interview, **LIN** stated that an individual known as "Simon" asked him to purchase firearms; however, **LIN** was prohibited from doing so due to his immigration status. **LIN** reported that "Simon" then directed him to find others to make the purchases. **LIN** recruited ZHAO and TAN and accompanied them to the gun store. **LIN** admitted to assisting ZHAO in completing ATF Form 4473 by translating the questions. Although

4

LIN initially denied receiving compensation, he later stated that "Simon" agreed to repay him $1,000 from a prior loan if the transaction was successful.

## CONCLUSION

12.    **Fong Ta LIN** acknowledged during an interview with SAs that he had been asked to obtain firearms on behalf of, and under the direction of, another individual. Due to his lack of valid immigration status, **LIN** was unable to complete the purchases himself. He subsequently recruited ZHAO and TAN to acquire firearms for that individual. **LIN** accompanied ZHAO and TAN to an FFL in Houston, Texas, and assisted ZHAO in completing the ATF Form 4473, despite knowing that the firearms were being purchased for a third party.

13.    Based on the foregoing, I believe that probable cause exists for the issuance of a Criminal Complaint charging **Fong Ta LIN** with conspiracy, in violation of 18 U.S.C. §§ 371, 924(a)(1)(A), and 924(a)(1)(D); and aiding and abetting false statements to an FFL, in violation of 18 U.S.C. §§ 924(a)(1)(A), 924(a)(1)(D), and 2.

Respectfully submitted,

Vincent Luu
Special Agent
Bureau of Alcohol, Tobacco, Firearms,
and Explosives

Subscribed and sworn telephonically to me this 14th day of April 2026
and I find probable cause.

HONORABLE YVONNE Y. HO
United States Magistrate Judge
Southern District of Texas

5